Order filed September 30, 2011



In The

# Fourteenth Court of Appeals

_____

## NO. 14-10-00441-CR

_____

**SIR JOSHTON STA VOHN MARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1212863**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits 16 and 17.**

The clerk of the 185th District Court is directed to deliver to the Clerk of this court the original of State's Exhibits 16 and 17, on or before **October 10, 2011.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits 16 and 17, to the clerk of the 185th District Court.

PER CURIAM